COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-207-CV

MIDWAY GAMES WEST, INC. 
APPELLANT

V.

MESA LOGIC, INC. APPELLEE

----------

FROM THE 362
ND
 DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant Midway Games West, Inc.’s Motion To Voluntarily Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL A:  DAUPHINOT, J.; CAYCE, C.J.; and WALKER, J.

DELIVERED:  October 19, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.